IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ADVANCED 3-D DIAGNOSTICS, INC.,

        Appellant,

v.                                                                  Case No.  5D21-976
                                                                    LT Case No. 2019-CA-000385-O

DIRECT GENERAL INSURANCE
COMPANY, CEREENA K. HUMPHREY,
RODRYCKA J. MANUEL, ALEXANDRA
CHARLES, RHEA SABRINA FOSTER,
JOSEPH R. FOSTER, CENTRAL FLORIDA
HEALTH AND REHAB CLINIC, LLC., ET AL.,

        Appellees.
_____/

Opinion filed November 18, 2022

Appeal from the Circuit Court
for Orange County,
Reginald K. Whitehead, Judge.

John G. Crabtree, Charles M.
Auslander and Brian C. Tackenberg,
of Crabtree & Auslander,   Key
Biscayne, for Appellant.

William J. McFarlane, III and
Michael K. Mittelmark, of
McFarlane Law, McFarlane
Dolan & Prince, Coral Springs, for
Appellee, Direct General
Insurance Company.

No appearance for other Appellees.

ON CONFESSION OF ERROR

PER CURIAM.

Appellant appeals the final summary judgment entered in favor of Appellee Direct General Insurance Company. Appellee Direct General Insurance Company has filed a confession of error. We accept the confession of error, reverse the final judgment, and remand for further proceedings.

REVERSED AND REMANDED.

LAMBERT, C.J., EDWARDS AND EISNAUGLE, JJ., concur.